IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| NANCY ANN BURKE, as Personal Representative for the Estate of DAVID K. BURKE, and NANCY ANN BURKE, individually, and RUSSELL DAVID BURKE, and JEFFREY JOHN BURKE, and KATHERINE ELIZABETH BURKE, and VICTORIA JANE BURKE,<br><br>Plaintiffs,<br><br>v.<br><br>WINNEBAGO INDUSTRIES, INC., LIPPERT COMPONENTS, INC., and LCI INDUSTRIES,<br><br>Defendants. | CASE NO. 21-3020<br><br><br><br>**MOTION FOR SUMMARY JUDGMENT**<br><br>*ORAL ARGUMENT REQUESTED* |

COME NOW, Defendants Lippert Components, Inc. and LCI Industries (collectively "Defendants"), pursuant to Fed. R. Civ. P. 56 and Local Rule 56(a)(1) and move for summary judgment and in support thereof states as follows:

1. Plaintiffs filed suit against Defendants on June 30, 2021.

2. Plaintiffs seek damages for products liability claims arising out of the death of Mr. David Burke.

3. Specifically, Plaintiffs bring claims in negligence and strict liability against Defendants for design defect, manufacturing defect, and failure to warn.

4. Plaintiffs' claims fail for several reasons.

1

### I. Many of Plaintiffs' Claims are Wrongly Pleaded.

5. Plaintiffs' strict liability claims for design defect, presale failure to warn, and post-sale failure to warn must be dismissed as a matter of law because the Iowa Supreme Court has routinely rejected the existence of such claims as strict liability theories.

### II. Iowa's Successor Liability Law Precludes Liability to Lippert and LCI.

6. As the successor company of the PowerGear and Kwikee assets, Defendants is liable in strict liability or negligence for the predecessor company's manufacturing defect, design defect, or failure to warn claims.

### III. Plaintiffs' Failure to Warn Claims Lack Necessary Expert Testimony.

7. Plaintiffs' expert report fails to provide any analysis or expert conclusions in support of their failure to warn claims. Such testimony is necessary to support such claims. The lack of such testimony is therefore fatal to Plaintiffs' failure to warn claims.

### IV. Plaintiffs' Design Defect Claims Lack Evidence of Safer Alternate Design.

8. Plaintiffs' design defect claim fails as a matter of law because they have failed to put forth evidence of an alternate safer design.

9. For these reasons, Plaintiffs' claims fail as a matter of law and Defendants' motion must be granted.

10. Attached to this motion and incorporated by this reference are a statement of undisputed facts, brief, and appendix.

WHEREFORE, Defendants Lippert Components, Inc. and LCI Industries, respectfully requests the Court grant their motion for summary judgment. Defendants request oral argument on this motion.

                                                     GREFE & SIDNEY, P.L.C.

By       /s/ Andrew D. Hall
        Andrew D. Hall     AT0003154

By       /s/ Michael D. Currie
        Michael D. Currie    AT0012256

By       /s/ Aaron W. Lindebak
        Aaron W. Lindebak   AT0011917
        500 East Court Avenue, Suite 200
        P.O. Box 10434
        Des Moines, IA   50306
        Telephone: 515/245-4300
        Telefax: 515/245-4452
        ahall@grefesidney.com
        mcurrie@grefesidney.com
        alindebak@grefesidney.com

        ATTORNEYS FOR DEFENDANTS/THIRD-PARTY PLAINTIFFS LIPPERT COMPONENTS, INC. and LCI INDUSTRIES

## PROOF OF SERVICE

       The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by service upon each of the attorneys of record herein at their respective addresses disclosed on the pleadings via email on November 7, 2022, pursuant to electronic filing procedures:

Todd Klapatauskas
Reynolds and Kenline, LLP
110 East 9th Street
Dubuque, IA 52001
klapatauskas@rkenline.com

Nicholas S. Gurney
Gurney Law, PLLC
1238 E Concord St
Orlando, Florida 32803
nick@gurney.law

ATTORNEYS FOR PLAINTIFFS

John D. Sear, Esq.
Jesse Sater, Esq.
Nelson Mullins Riley & Scarborough LLP
1600 Utica Avenue South, Suite 750
Minneapolis, MN 55416
john.sear@nelsonmullins.com

jesse.sater@nelsonmullins.com

Steven L. Reitenour, Esq.
Bowman and Brooke LLP
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
steve.reitenour@browmanandbrooke.com

ATTORNEYS FOR WINNEBAGO

Stephen E. Doohen
Whitfield & Eddy, P.L.C.
699 Walnut St., Suite 2000
Des Moines, IA (515) 288-6041
Doohen@whitfieldlaw.com

ATTORNEY FOR THIRD-PARTY DEFENDANTS,
ENGINEERED SOLUTIONS, L.P. and ENERPAC
TOOL GROUP CORP.

Signature: /s/ *Aaron W. Lindebak*