IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| NANCY ANN BURKE, as Personal Representative for the Estate of DAVID K. BURKE, and NANCY ANN BURKE, individually, and RUSSELL DAVID BURKE, and JEFFREY JOHN BURKE, and KATHERINE ELIZABETH BURKE, and VICTORIA JANE BURKE,<br><br>    Plaintiffs,<br><br>v.<br><br>WINNEBAGO INDUSTRIES, INC., LIPPERT COMPONENTS, INC., and LCI INDUSTRIES,<br><br>    Defendants.<br><br>LIPPERT COMPONENTS, INC., and LCI INDUSTRIES,<br><br>    Defendants and Third-Party Plaintiffs,<br><br>v.<br><br>ENGINEERED SOLUTIONS, L.P. and ENERPAC TOOL GROUP CORP.,<br><br>    Third-Party Defendants. | Civil Action No.: 21-cv-3020 |

**PLAINTIFFS' OBJECTIONS TO PORTIONS OF U.S. MAGISTRATE KELLY E. MAHONEY'S MEMORANDUM OPINION AND ORDER ENTERED 12/28/2022 (Doc. 118)**

**COME NOW** Plaintiffs, by and through the undersigned counsel, and, pursuant to Federal Rule of Civil Procedure 72, and Local Rule 72A, hereby lodge the following objections to U.S. Magistrate Mahoney's *Memorandum Opinion and Order* on Plaintiffs' *Motions to Amend*

1

*Complaint* and *Extend Deadlines* because of an alleged inability to demonstrate diligence and good cause good cause, asking the Court to reexamine these findings and in support thereof states:

## OBJECTIONS

1. Plaintiffs object to the Magistrate Judge's denial of Plaintiffs' Motion to Amend Petition, Continue Trial and Extend Discovery Deadlines (Doc. 118) finding there was not good cause to permit the amendment, extend discovery deadlines, and to continue the trial;

2. Plaintiffs object to the Magistrate Judge's finding Plaintiffs were dilatory in pursuing discovery as a reason to refuse to grant Plaintiffs' Motion as it is clearly erroneous and contrary to the law and the facts of this case; (Doc. 118, pg. 8-9)

3. Plaintiffs object to the Magistrate Judge's finding that Plaintiffs cannot show diligence to meet scheduling order deadlines as clearly erroneous as it fails to apply federal law (and state law) to the facts of this case. (Doc. 118, pg. 8-9)

4. Plaintiffs have attached a Brief in Support of Plaintiffs' Objections hereto.

WHEREFORE Plaintiffs respectfully request the District Court for an Order setting aside the Magistrate Judge's order denying Plaintiffs' Motion for Leave to amend the operative complaint

## Relief Requested

Plaintiffs respectfully request that the District Court reexamine the Magistrate Mahoney's Order dated December 28, 2022, and set aside the subject portions of said order for the reasons cited in the brief filed in support of these objections.

Respectfully submitted,

_____
Steven J. Crowley AT0001845
Edward J. Prill AT0012435
Andrew L. Mahoney AT0012329
CROWLEY & PRILL
3012 Division Street
Burlington, IA 52601
T: (319) 753-1330
F: (319) 752-3934
E: scrowley@cbp-lawyers.com
E: eprill@cbp-lawyers.com
E: amahoney@cbp-lawyers.com


/s/ _____
**NICHOLAS S. GURNEY, ESQ.**
*Pro Hac Vice*
Florida Bar No. 125013
**GURNEY LAW, PLLC**
212 Pasadena Place, Suite B,
Orlando, Florida 32803
Main: (407) 554-5757
Fax: (407) 543-6543
*Service Email: service@gurney.law*
*Alt Email: nick@gurney.law*

3

Case 3:21-cv-03020-CJW-KEM   Document 120   Filed 01/11/23   Page 3 of 4

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon all parties and/or each of the attorneys of record of all parties to the above-entitled cause in the manner specified below to each such attorney at such attorney's address as disclosed by the pleadings herein on the **11th day of January, 2023** by electronically filing the foregoing with the Clerk of Court using the ECF system which will send notification to the parties.

Signature: /s/ *Nicholas S. Gurney*
**NICHOLAS S. GURNEY, ESQ.**
*Pro Hac Vice*

**Electronic Service:**

GREFE & SIDNEY, P.L.C.
Andrew D. Hall
Michael D. Currie
500 East Court Avenue, Suite 200
P.O. Box 10434
Des Moines, IA 50306

WHITFIELD & EDDY, P.L.C.
Stephen E. Doohen
699 Walnut St., Suite 2000
Des Moines, IA 50309
Telephone: (515) 288-6041
Fax: (515) 246-1474
Email: Doohen@whitfieldlaw.com

NELSON MULLINS
John D. Sear
1600 Utica Ave S, Suite 750
Minneapolis, MN 55426
O: 612-464-7637
M: 612-306-9692
John.sear@nelsonmullins.com

Reynolds and Kenline, LLP
Todd Klapatauskas
110 East 9th Street
Dubuque, IA 52001