IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| LIPPERT COMPONENTS, INC., and LCI INDUSTRIES,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>ENGINEERED SOLUTIONS, L.P. and ENERPAC TOOL GROUP CORP.,<br><br>Third-Party Defendants. | CASE NO. 21-3020<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF THIRD-PARTY CLAIM** |

COMES NOW Defendants/Third-Party Plaintiffs Lippert Components, Inc. and LCI Industries, by and through the undersigned counsel, and hereby dismiss this matter without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

GREFE & SIDNEY, P.L.C.

By     /s/ Andrew D. Hall
        Andrew D. Hall     AT0003154

By     /s/ Benjamin T. Erickson
        Benjamin T. Erickson     AT0012927

By     /s/ Aaron W. Lindebak
        Aaron W. Lindebak     AT0011917
        500 East Court Avenue, Suite 200
        P.O. Box 10434
        Des Moines, IA    50306
        Telephone: 515/245-4300
        Telefax: 515/245-4452
        ahall@grefesidney.com
        berickson@grefesidney.com
        alindebak@grefesidney.com

1

ATTORNEYS FOR DEFENDANTS/THIRD-PARTY PLAINTIFFS LIPPERT COMPONENTS, INC. and LCI INDUSTRIES

and

/s/Stephen E. Doohen
Stephen E. Doohen
Whitfield & Eddy, P.L.C.
699 Walnut St., Suite 2000
Des Moines, IA (515) 288-6041
Doohen@whitfieldlaw.com
ATTORNEY FOR THIRD-PARTY DEFENDANTS, ENGINEERED SOLUTIONS, L.P. AND ENERPAC TOOL GROUP CORP.

2